UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **Grupo Simec S.A.B. de C.V.; Aceros Especiales Simec Tlaxcala, S.A. de C.V.; Compania Siderurgica del Pacifico S.A. de C.V.; Fundiciones de Acero Estructurales, S.A. de C.V.; Grupo Chant S.A.P.I. de C.V.; Operadora de Perfiles Sigosa, S.A. de C.V.; Orge S.A. de C.V.; Perfiles Comerciales Sigosa, S.A. de C.V.; RRLC S.A.P.I. de C.V.; Siderúrgicos Noroeste, S.A. de C.V.; Siderurgica del Occidente y Pacifico S.A. de C.V.; Simec International 6 S.A. de C.V.; Simec International, S.A. de C.V.; Simec International 7 S.A. de C.V.; and Simec International 9 S.A. de C.V.**<br><br>                                **Plaintiff,**<br>   v.<br><br>**UNITED STATES,**<br>                                **Defendant.** | **SUMMONS** |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff Grupo Simec S.A.B. de C.V.; Aceros Especiales Simec Tlaxcala, S.A. de C.V.; Compania Siderurgica del Pacifico S.A. de C.V.; Fundiciones de Acero Estructurales, S.A. de C.V.; Grupo Chant S.A.P.I. de C.V.; Operadora de Perfiles Sigosa, S.A. de C.V.; Orge S.A. de C.V.; Perfiles Comerciales Sigosa, S.A. de C.V.; RRLC S.A.P.I. de C.V.; Siderúrgicos Noroeste, S.A. de C.V.; Siderurgica del Occidente y Pacifico S.A. de C.V.; Simec International 6 S.A. de C.V.; Simec International, S.A. de C.V.; Simec International 7 S.A. de C.V.; and Simec International 9 S.A. de C.V. (collectively, "Grupo Simec") is an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Grupo Simec, which was previously collapsed by the Department of Commerce, was an interested party in administrative review of the antidumping investigation under appeal. Grupo Simec has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d). This summons is timely filed per 19 U.S.C. § 1516a(a)(5)(A).

(Name and standing of plaintiff)

2. Grupo Simec contests the factual findings and/or legal conclusions upon which the U.S. Department of Commerce based its final determination in the administrative review of the antidumping investigation on Steel Concrete Reinforcing Bar from Mexico. *See Steel Concrete Reinforcing Bar from Mexico*; Final Results of Antidumping Duty Administrative Review; 2019-2020, 87 Fed. Reg. 34848 (Dep't. Comm. June 8, 2021) (Final Determination). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 19 U.S.C. § 1516a(a)(5)(A).

(Brief description of contested determination)

3. June 2, 2022

(Date of determination)

4. June 8, 2022

(If applicable, date of publication in Federal Register of notice of contested determination)

 

| | |
|---|---|
| /s/ James L. Rogers | Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney |
| Signature of Plaintiff's Attorney | James L. Rogers, Jr., Esq. |
| July 11, 2022 | Nelson Mullins Riley & Scarborough |
| Date | 2 W. Washington Street, Suite 400 |
| | Greenville, SC 29601 |
| | Phone: (864) 373-2216 |
| | Email: jay.rogers@nelsonmullins.com |

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan Director,
APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874 Washington, DC 20230