# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GRUPO SIMEC S.A.B. DE C.V. ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br> and <br><br> REBAR TRADE ACTION COALITION, <br><br> *Defendant-Intervenor.* | Before: Stephen Alexander Vaden, Judge <br><br> Court Nos. 1:22-cv-00202, 1:22-cv-00230 |

## ORDER

On consideration of the dispute over whether consent was given to the Consent Motions to Correct the Administrative Record, ECF Nos. 21, 31, issued on October 17, 2022, it is hereby:

**ORDERED** that each party will attend an in-person joint status conference at the U.S. Court of International Trade in Courtroom 4 at 2:00 PM on Wednesday, October 26, 2022; and it is further

**ORDERED** that the Consent Motions to Correct the Administrative Record are **STAYED** pending the conclusion of the status conference.

**SO ORDERED.**

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: October 19, 2022
New York, New York